# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DAVID KISSI, ET AL. | * | |
| | * | |
| v. | * | Civil No. – JFM-12-1322 |
| | * | |
| BANK OF AMERICA, N.A., ET AL. | * | |

## MEMORANDUM

Plaintiff has brought this *pro se* action against Bank of American, N.A. ("BANA"). BANA has filed a motion to dismiss the complaint. Plaintiff has responded to the motion.

The motion will be granted. Plaintiff has filed over 85 civil cases beginning in 1991 throughout the country. In this action he has not stated any facts that state a plausible claim for relief. Therefore, his pleading is insufficient under *Ashcroft v. Iqbal*, 129 S. Ct. 1937, 1949 (2009). Although, in light of plaintiff's *pro se* status, I would otherwise be inclined to permit him a chance to amend his complaint, in light of the long history of vexatious litigation in which he has engaged, I do not believe that this is an appropriate case for me to do so.

A separate order granting BANA's motion and dismissing the complaint is being entered herewith.

Date: June 26, 2012

J. Frederick Motz
United States District Judge

1