JUL 0 3 2012

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

David Kissi et al, Plaintiffs
v.
BoA et al, Defendants

Case # JFM-12-1322

A 59(2) and 52(B) Motion to Reconsider Judge Motz Summary Order of 6/26/2012

The Plaintiffs move this Court to reconsider its erroneous decision dismissing the Kissis' claim so that this case can be heard on its merits for it did call for a "hearing" pursuant to MD Rule 2-311 (F). But Judge Motz never addressed Kissi' request for a jury trial pursuant to Federal Rule 38.

That this case should be reconsidered for Judge Motz committed prejudicial error by citing some Kissi cases as the reason why Kissi doesn't deserve a "hearing" in his court. This is erroneous because Judge Motz doesn't even know what those cases are all about and their outcomes. Therefore Motz' decision amounts to a hearsay which is forbidden by Federal Rule 801. Also, this Court has no jurisdiction over Kissi' claim for it falls within the jurisdiction of the US Dist. Court of California in LA's Consent agreement which the Defendants have broken.

Thus, having shown Good Cause, Federal Rules 59(2)+52(B) both suggest that Motz should reconsider & reverse his erroneous decision and transfer this case to California for Mediation under the Consent Agreement. Respectfully Submitted by D.K.

Certificate of Service
That on 7/3/2012 Kissi mailed copies of this motion to Mr. Neal attorney of the Defendants at 6411 Ivy Ln, 2nd floor, Greenbelt, MD 20770. D. Kissi.



Yakima Paper Supplies
5 Pennsylvania Ave SE
Washington, DC 20003
202-675-6365

Mrs. Chiangi, Clerk.
Please file this
Motion & send us
a date-stamped
copy.

D, Visri

Att: Ms. Cathy Chiangi, Clerk
U.S. District Court for MD
6500 Cherrywood Ln.
Greenbelt, MD 20770.

___ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

JUL 03 2012

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
NIGHT DEPOSIT BOX

1:12-cv-01322-JFM Document 26 Filed 07/03/12

INSPECTED BY
COURT SECURITY OFFICE
JUL 03 2012
GREENBELT, MD